**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MICRON TECHNOLOGY, INC., § <br> MICRON SEMICONDUCTOR, § <br> PRODUCTS, INC., INFINEON § <br> TECHNOLOGIES AG, INFINEON § <br> TECHNOLOGIES RICHMOND, LP, § <br> INFINEON TECHNOLOGIES § <br> NORTH AMERICA CORP. § <br> § <br> **Plaintiffs,** § <br> § <br> vs. § <br> § <br> TESSERA, INC., § <br> § <br> **Defendant.** § | **CIVIL ACTION NO. 2:05cv319** |

## ORDER

Pursuant to Plaintiff's notice of withdrawal of its motion to dismiss for lack of jurisdiction certain claims and counterclaims (Doc. 84), the Court DENIES as moot Plaintiff's motion to dismiss for lack of jurisdiction certain claims and counterclaims (Doc. 68).

**So ORDERED and SIGNED this 5th day of May, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE