UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TESSERA, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br>─────────────────────────────<br>TESSERA, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br>　　v.<br><br>MICRON TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Counterdefendant. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2-05cv-319<br><br>The Honorable John D. Love |

_____

**ORDER GRANTING AGREED MOTION OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT**
_____

Pursuant to the Agreed Motion of Dismissal with Prejudice and Final Judgment (the "Motion") filed jointly by Micron Technology, Inc. ("Micron"), and Tessera, Inc. ("Tessera"),

**IT IS HEREBY ORDERED THAT**:

　　(1) Micron's claims against Tessera are dismissed with prejudice;

　　(2) Tessera's claims against Micron are dismissed with prejudice;

　　(3) Tessera and Micron shall each bear its own costs and expenses;

The Court **ORDERS, ADJUDGES, AND DECREES** that this is a final judgment, and directs entry of final judgment accordingly.

The Court further **ORDERS, ADJUDGES, AND DECREES** that this Court shall retain jurisdiction over this matter and any post-dismissal controversies that may arise in connection with it.

**So ORDERED and SIGNED this 11th day of August, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE